IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BABAESU BEY,** | : | |
| Plaintiff | : | No. 1:23-cv-00328 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CO1 SHAY HOLT, et al.,** | : | |
| Defendants | : | |

## **ORDER**

**AND NOW**, on this 24th day of March 2025, upon consideration of the amended complaint filed by pro se Plaintiff Babaesu Bey (Doc. No. 22), Defendants' motion to partially dismiss the amended complaint and supporting brief (Doc. Nos. 23, 26), Plaintiff's brief in opposition to the motion to partially dismiss (Doc. No. 30), Defendants' reply brief in further support of their motion to dismiss (Doc. No. 31), and Plaintiff's surreply brief (Doc. No. 32), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to partially dismiss Plaintiff's amended complaint (Doc. No. 23) is **DENIED**;

2. Defendants shall have **fourteen (14) days** from the date of this Order to file an answer to the amended complaint;

3. The parties are directed to complete discovery by **July 23, 2025**; and

4. The parties are directed to file any dispositive motions on or before **September 23, 2025**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania